Aram BERBERIAN

v.

CHARLESTOWN ESTATES, INC.

No. 80–117–A.

Supreme Court of Rhode Island.

Dec. 11, 1980.

Aram Berberian, Warwick, pro se.

Nardone, Turo & Naccarato, Vincent J. Naccarato, Westerly, for defendant.

## ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is hereby granted.

BEVILACQUA, C. J., did not participate.